**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **STACEY OREE & BRIAN OREE,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No.:  2:11-cv-212-MHT** |
| ) | |
| **NATIONAL CREDIT SYSTEMS, INC., et** ) | |
| **al.,** ) | |
| ) | |
| **Defendants.** ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs **Stacey ORee** and **Brian ORee** and Defendants **National Credit Systems, Inc.** and **Campus Crest of Troy, LLC**, which are the only parties to this proceeding, file this stipulation of dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  The parties stipulate to a dismissal of each and every claim and/or matter currently pending in this proceeding, with prejudice.

**Counsel for Defendant National Credit Systems, Inc. and for Defendant Campus Crest of Troy, LLC, have reviewed this Joint Stipulation of Dismissal With Prejudice and consent to counsel for Plaintiffs Stacey ORee and Brian ORee e-filing same.**

Respectfully submitted this the 13th day of February, 2012.

/s/ Richard F. Matthews, Jr.
Richard F. Matthews, Jr.
The Anderson Law Firm
7515 Halcyon Pointe Drive
Montgomery, AL 36117
Telephone:  334.272.9880
Facsimile:  334.272.2551
rmatthews@theandersonlawfirm.com
*Attorney for Stacey ORee and Brian ORee*

/s/ Patrick W. Franklin
Patrick W. Franklin
Neal D. Moore III
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
Telephone: 205.879.8722
Facsimile: 205.879.8831
pwf@ffdlaw.com
ndm@ffdlaw.com
***Attorneys for National Credit Systems, Inc***.


/s/ Robert E. Poundstone IV
Robert E. Poundstone IV
Quin Evans Segall
Bradley Arant Boult Cummings
401 Adams Avenue, Suite 780
Montgomery, AL  36104
Telephone:  334.956.7700
Facsimile:  334.956.7701
bpoundstone@babc.com
qsegall@babc.com
***Attorneys for Campus Crest at Troy, LLC***