IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STACEY OREE and BRIAN OREE, )
                            )
    Plaintiffs,             )
                            )    CIVIL ACTION NO.
    v.                      )     2:11cv212-MHT
                            )         (WO)
NATIONAL CREDIT SYSTEMS,    )
INC., and CAMPUS CREST      )
AT TROY, LLC,               )
                            )
    Defendants.             )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 21), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of February, 2012.

          /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE